IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAMON HASKELL
ADC # 610783                                                                                                          PLAINTIFF


V.                                          5:08CV00307 JMM


SHELIA MOSES, Secretary, I.P.S., Delta
Regional Unit, Arkansas Department of Correction                                       DEFENDANT


## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 8th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE

1